# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Steven A. Udesky OD and Associates P.C.

                                          Plaintiff,

v.                                                   Case No.:
1:20−cv−04994

Honorable Franklin U. Valderrama

Erie Insurance Property & Casualty Company

                                         Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

       Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision, including setting all deadlines, and settlement matters. (axc) Mailed notice.

Dated: November 18, 2020

                                                           /s/ Franklin U. Valderrama

                                                           United States District Judge