UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Steven A. Udesky OD and Associates P.C.
                              Plaintiff,

v.                                               Case No.: 1:20–cv–04994
                                              Honorable Franklin U. Valderrama

Erie Insurance Property & Casualty Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2020:

      MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on plaintiff's motion to strike portions of defendant's answer and affirmative defenses [20]: defendant's response due on or before 12/15/20; plaintiff's reply due on or before 12/29/2020. Telephonic status hearing set for 3/1/2021 at 9: 30 a.m. The call–in number is (888) 808–6929 and the access code is 5348076. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.